

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2021

No. 04-21-00416-CV

Kimi-Lyn **MURRAY,**
Appellant

v.

Phillip **MURRAY,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On November 10, 2021, we ordered appellant to show cause in writing that either: (1) the notice of appeal filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. On November 12, 2021, appellant filed written proof that she is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 20.1(b)(1). Accordingly, we retain this appeal on the docket.

The reporter's record is now due. We **ORDER** the court reporter to file the reporter's record in this court **by November 29, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court